NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001024
05-JUN-2013
08:50 AM**

NO. CAAP-11-0001024

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I Plaintiff-Appellee, v.
BRIAN HUNT, Defendant-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
SOUTH KOHALA DIVISION
(CASE NO. 3DTA-11-01997)


ORDER GRANTING DEFENDANT-APPELLANT'S
MAY 15, 2013 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Brian Hunt's Motion to Dismiss Appeal, filed May 15, 2013, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 5, 2013.


Chief Judge

Associate Judge

Associate Judge